IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSEPH POLIVKA                                                                                           PETITIONER
ADC #070801

V.                                        NO. 5:10cv00294 JMM-JWC

RAY HOBBS, Director,                                                                              RESPONDENT
Arkansas Department of Correction

## ORDER

Petitioner, a state prisoner proceeding pro se, brings this 28 U.S.C. § 2254 petition for writ of habeas corpus and a supporting brief (docs. 2, 3). Pursuant to the Court's order of October 4, 2010 (doc. 4), Petitioner has now submitted the $5.00 statutory filing fee (doc. 6). *See* Rule 3(a)(1), Rules Governing § 2254 Cases in United States District Courts. The Clerk of the Court is directed to serve, by regular mail, a copy of the petition, supporting brief, and this order on Respondent and the Arkansas Attorney General. Respondent is directed to file an answer, motion or other response within twenty-one (21) days after service of the petition, exclusive of the day of service. *See* § 2254 Rules 4 & 5.

IT IS SO ORDERED this 30th day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE