### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

JOSEPH POLIVKA,                                                                                        PETITIONER
ADC #070801

v.                                        5:10-cv-00294-JMM-JJV

RAY HOBBS, Director,                                                                                   RESPONDENT
Arkansas Department of Correction

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. A certificate of appealability is DENIED.

DATED this 8th day of August, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE